EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Assistant U.S. Attorney
Violent Crime Chief

MARSHALL SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 17 2004

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR04-00445 SOM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. |
| Plaintiff, | INDICTMENT |
| vs. | |
| MALALA MAHIRA MCMOORE, | 18 U.S.C. §§ 922(k) and 924(a)(1)(B) |

### INDICTMENT

(18 U.S.C. §§ 922(k) and 924(a)(1)(B))

The Grand Jury charges that:

On or about October 14, 2004, in the District of Hawaii, the Defendant MALALA MAHIRA MCMOORE knowingly possessed a firearm which had its importer's and manufacturer's serial number obliterated, with such firearm previously having been shipped and transported in foreign and interstate commerce; to wit, the Defendant knowingly possessed an Uzi pistol which had its

importer's and manufacturer's serial number removed and obliterated, with such firearm having been manufactured in Israel and shipped and transported in foreign and interstate commerce to reach Hawaii.

All in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

DATED: November 17, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. MALALA MAHIRA MCMOORE
Cr. No.        (Indictment)

2